McKool Smith Hennigan
A Professional Corporation • Attorneys
Redwood Shores CA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

NXP SEMICONDUCTORS USA, INC.

Plaintiff,

v.

FRANCE BREVETS, S.A.S., NFC TECHNOLOGY, LLC, and INSIDE SECURE, S.A.S.

Defendants.

Case No. 3:14-cv-01225-SI

**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM CASE MANAGEMENT SCHEDULE**

Judge: Hon. Susan Illston

Having considered the positions of all parties and the record, the Court hereby GRANTS Defendants' Motion for Administrative Relief from Case Management Schedule.

**IT IS SO ORDERED** that the August 22, 2014 Case Management Conference is removed from the Court's calendar, and that the Case Management Conference will be scheduled for 30 days after this Court's ruling on the pending motions to dismiss, with all other deadlines in the Case Management Conference Order adjusted accordingly.

Dated:   7/30/14

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

The Initial Case Management Conference has been continued to 9/5/14, at 2:30 p.m.