UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANCE BREVETS, S.A.S., NFC TECHNOLOGY, LLC, and INSIDE SECURE, S.A.S.<br><br>Defendants. | Case No. 3:14-cv-01225-SI<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' SECOND MOTION FOR ADMINISTRATIVE RELIEF FROM CASE MANAGEMENT SCHEDULE<br><br>Judge: Hon. Susan Illston |

Having considered the positions of all parties and the record, the Court hereby GRANTS Defendants' Second Motion for Administrative Relief from Case Management Schedule.

**IT IS SO ORDERED** that the September 5, 2014 Case Management Conference is removed from the Court's calendar, and that the Case Management Conference will be scheduled for ~~two~~ September 26, 2014 ~~weeks after this Court's ruling on the pending motions to dismiss~~, with all other deadlines in the Case Management Conference Order adjusted accordingly.

Dated: 9/3/14

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge