IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., | No. C 14-1225 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANCE BREVETS, S.A.S., *et al.*, | |
| Defendants. | |

This case has been dismissed for lack of personal jurisdiction. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2014

SUSAN ILLSTON
United States District Judge